**No. 10-280. Nikrouz Ghazibayat, Petitioner v. SBC Advanced Solutions, Inc.**

562 U.S. 1172, 131 S. Ct. 982, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 129.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1004, 131 S. Ct. 513, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8536.

**No. 10-299. Yumin Zhao, Petitioner v. Lone Star Engine Installation Center, Inc.**

562 U.S. 1172, 131 S. Ct. 982, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 563.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1004, 131 S. Ct. 520, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8593.

**No. 10-338. Domenic Tricome, Petitioner v. eBay, Inc.**

562 U.S. 1172, 131 S. Ct. 982, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 163.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1005, 131 S. Ct. 529, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8475.

**No. 10-381. Clarence L. Vance, Petitioner v. Illinois.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 137.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1005, 131 S. Ct. 534, 178 L. Ed. 2d 375, 2010 U.S. LEXIS 8552.

**No. 10-393. Daniel R. Baird, Petitioner v. Burlington Northern and Santa Fe Railway Company, et al.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 432.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1030, 131 S. Ct. 576, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8740.

**No. 10-5028. Catherine Walsh, Petitioner v. John M. Quinn, et al.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 245.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 899, 131 S. Ct. 230, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6248.